PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-cr-00064-JAM-3 |
|---|---|
| Plaintiff, | **ORDER DISMISSING INDICTMENT AS TO DEFENDANT UBALDO LOPEZ CASTANO** |
| v. | |
| UBALDO LOPEZ CASTANO, | |
| Defendants. | |

    Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment against **UBALDO LOPEZ CASTANO** is **DISMISSED**.  Any pending warrant is **RECALLED**.

Dated:  September 30, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE